**Order filed, January 24, 2017.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-16-00965-CV
_____

**IN THE MATTER OF THE MARRIAGE OF MARY-OLGA LOVETT AND JOHN ROBERT LOVETT, JR., Appellant**

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2015-23544**

---

## ORDER

The reporter's record in this case was due **January 02, 2017**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen DeShetler**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM